IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MECHEAL HENDRIX,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-466

_____/

Opinion filed July 7, 2017.

An appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

Mecheal Hendrix, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Samuel Steinberg, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and WINSOR, JJ., CONCUR.